IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLA ANN JONES | § | |
| v. | § | CIVIL ACTION NO. 6:12cv1010 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Commissioner's Unopposed Motion to Reverse with Remand and Enter Judgment be granted and that this social security action be reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the opinion therein. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing,

**IT IS HEREBY ORDERED** that the Commissioner's Unopposed Motion to Reverse with Remand and Enter Judgment (docket entry #18) be **GRANTED** and the above-titled and numbered social security action be **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the findings and conclusions of the Magistrate Judge, which are hereby adopted.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 3rd day of December, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1